**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| David B. Welliver and Dblaine Capital, LLC, | Civ. No. 11-3646 (RHK/SER) |
| Plaintiffs, | |
| v. | **ORDER** |
| David D. Jones and Drake Compliance, LLC, | |
| Defendants. | |

This matter is before the Court on Defendants' Motion to Bifurcate Hearings

(Doc. No. 18), seeking an Order bifurcating Defendants' Motion to Dismiss under

Federal Rule of Civil Procedure 12(b)(1) and/or to Stay Proceedings from their

alternative Motion to Dismiss under Federal Rules of Civil Procedure 9 and 12(b)(6).

(See Doc. No. 16.)

Having carefully considered the Motion to Bifurcate, which Plaintiffs have

indicated they do not oppose, and based on all the files, records, and proceedings herein,

**IT IS ORDERED** that the Motion (Doc. No. 18) is **GRANTED**.  Defendants' Motion to

Dismiss under Federal Rule of Civil Procedure 12(b)(1) and/or to Stay Proceedings will

be heard by the Court as scheduled on May 10, 2012, at 8:00 a.m., and shall be briefed in

accordance with the Local Rules of this Court.  Defendants' alternative Motion to

Dismiss under Federal Rules of Civil Procedure 9 and 12(b)(6) will be heard on a later

date, to be determined, in the event the former Motion is denied.  As a result of the

foregoing, briefing on the Motion to Dismiss under Federal Rules of Civil Procedure 9

and 12(b)(6) is **STAYED** pending further Order of the Court.

Dated: February 9, 2012                                  s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge